*Ex parte* O. F. FOSTER.

No. A-2798.    Opinion Filed April 16, 1917.

(164 Pac. 990.)

Application by O. F. Foster for writ of *habeas corpus.* Writ issued, directed to sheriff of Texas county, Okla., returnable to the district court of that county.

*E. L. Fulton,* for petitioner.

PER .CURIAM. Application of O. F. Foster for writ of *habeas corpus* presented to this court. Writ issued, directed to the sheriff of Texas county, Okla., and made returnable to the district court of Texas county, at 9 o'clock a. m., August 25, 1916.